United States Bankruptcy Court
District of New Jersey
caption in compliance with D.N.J. LBR 9004-1(b)

Fein, Such, Kahn & Shepard, P.C.
Counsellors at Law
7 Century Drive-Suite 201
Parsippany, NJ 07054
Attorneys for Secured Creditor
COLONIAL SAVINGS, F.A.
R.A. LEBRON, ESQ.
CSL005
bankruptcy@feinsuch.com

Order Filed on July 6, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.: 13 |
| VERONICA M WILBORN | Chapter: 15-13944 ABA |
| Debtor(s) | Hearing date: n/a |
| | Judge: Hon. Andrew B. Altenburg, Jr. |

**CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

The relief set forth on the following page(s) is hereby **ORDERED**.

**DATED: July 6, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: VERONICA M WILBORN
Case No: 15-13944-ABA
Caption of Order: **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

Upon the application of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, COLONIAL SAVINGS, F.A., as to certain real property known as 8 SENECA DRIVE, GALLOWAY, NEW JERSEY 08205 and in the presence of CHAD M. SHERWOOD, ESQ., attorney for the above named Debtor(s), the parties having consented to the entry of the within Order,

Ordered as follows:

1. The trustee is authorized to pay the late filed claim of Creditor, COLONIAL SAVINGS, F.A., listed on the Claims Register as claim no. 10, in the amount of $103,480.52, with an arrearage in the amount of $2,200.62.

2. The late claim is allowed and Debtor(s) retain the right to file an objection pursuant to D.N.J. LBR 3007-1.

3. The movant shall serve this Order on the Debtor(s), any Trustee and other interested parties.

| | |
|---|---|
| Consent to Form and Entry<br>Fein, Such, Kahn & Shepard, P.C.<br>Attorney for the Secured Creditor<br>COLONIAL SAVINGS, F.A.<br><br>By: _____<br>**R.A. LEBRON, ESQ.** | Consent to Form and Entry<br>CHAD M. SHERWOOD, LLC.<br>Attorney for the Debtor(s),<br>VERONICA M WILBORN<br><br>By: _____<br>**CHAD M. SHERWOOD, ESQ.** |

Debtor: VERONICA M WILBORN
Case No: 15-13944-ABA
Caption of Order: **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

### CERTIFICATE OF MAILING

I hereby certify that on _____, 2016, a copy of the foregoing Order was served on each of the following: Movant, Debtor(s), any Trustee or other party who entered an appearance on the motion.

James J. Waldron, Clerk