**Order Filed on July 6, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

---

United States Bankruptcy Court
District of New Jersey
caption in compliance with D.N.J. LBR 9004-1(b)

Fein, Such, Kahn & Shepard, P.C.
Counsellors at Law
7 Century Drive-Suite 201
Parsippany, NJ 07054
Attorneys for Secured Creditor
COLONIAL SAVINGS, F.A.
R.A. LEBRON, ESQ.
CSL005
bankruptcy@feinsuch.com

| | |
|---|---|
| In Re:<br><br>VERONICA M WILBORN<br><br>Debtor(s) | Case No.: 13<br><br>Chapter: 15-13944 ABA<br><br>Hearing date: n/a<br><br>Judge: Hon. Andrew B. Altenburg, Jr. |

**CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

The relief set forth on the following page(s) is hereby **ORDERED**.

**DATED: July 6, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: VERONICA M WILBORN
Case No: 15-13944-ABA
Caption of Order: **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

Upon the application of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, COLONIAL SAVINGS, F.A., as to certain real property known as 8 SENECA DRIVE, GALLOWAY, NEW JERSEY 08205 and in the presence of CHAD M. SHERWOOD, ESQ., attorney for the above named Debtor(s), the parties having consented to the entry of the within Order,

Ordered as follows:

1. The trustee is authorized to pay the late filed claim of Creditor, COLONIAL SAVINGS, F.A., listed on the Claims Register as claim no. 10, in the amount of $103,480.52, with an arrearage in the amount of $2,200.62.

2. The late claim is allowed and Debtor(s) retain the right to file an objection pursuant to D.N.J. LBR 3007-1.

3. The movant shall serve this Order on the Debtor(s), any Trustee and other interested parties.

Consent to Form and Entry
Fein, Such, Kahn & Shepard, P.C.
Attorney for the Secured Creditor
COLONIAL SAVINGS, F.A.

By: _____
R.A. LEBRON, ESQ.

Consent to Form and Entry
CHAD M. SHERWOOD, LLC.
Attorney for the Debtor(s),
VERONICA M WILBORN

By: _____
CHAD M. SHERWOOD, ESQ.

Debtor: VERONICA M WILBORN
Case No: 15-13944-ABA
Caption of Order: **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

## CERTIFICATE OF MAILING

I hereby certify that on _____, 2016, a copy of the foregoing Order was served on each of the following: Movant, Debtor(s), any Trustee or other party who entered an appearance on the motion.

James J. Waldron, Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Veronica M Wilborn
      Debtor

Case No. 15-13944-ABA
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 06, 2016
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2016.
db            +Veronica M Wilborn,    8 Seneca Drive,    Galloway, NJ 08205-3418

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2016 at the address(es) listed below:
         Chad M. Sherwood    on behalf of Debtor Veronica M Wilborn chad@sherwoodlegal.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
         Joshua I. Goldman    on behalf of Creditor    Colonial Savings F.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
         R. A. Lebron    on behalf of Creditor    COLONIAL SAVINGS, F.A. bankruptcy@feinsuch.com
                                                                                                              TOTAL: 5