Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−13944−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Veronica M Wilborn
    8 Seneca Drive
    Galloway, NJ 08205

Social Security No.:
    xxx−xx−3224

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/8/17.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: March 8, 2017
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Veronica M Wilborn  
    Debtor

Case No. 15-13944-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Mar 08, 2017  
                        Form ID: 148    Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2017.

```
db             +Veronica M Wilborn,    8 Seneca Drive,    Galloway, NJ 08205-3418
515368266      +Best Buy/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
516253902       Colonial Savings, FA,    2626B West Freeway,    Fort Worth, TX 76102
515368273      +Northland Group,    PO Box 129,    Thorofare, NJ 08086-0129
515614080      +Portfolio Recovery Associates, LLC c/o H H Gregg,    POB 41067,    Norfolk VA 23541-1067
515614082      +Portfolio Recovery Associates, LLC c/o Wal-mart,    POB 41067,    Norfolk VA 23541-1067
515368276      +Society Hill at Galloway III,    28 South New York Road,    Suite B6,    Galloway, NJ 08205-9695
515368282      +Well Fargo DLRVC/Wachovia,    PO Box 1697,    Winterville, NC 28590-1697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Mar 08 2017 23:02:22     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 08 2017 23:02:18     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
515368264       EDI: ARSN.COM Mar 08 2017 22:38:00     ARS National Services Inc,    PO Box 463023,
                 Escondido, CA 92046-3023
515383528       EDI: AIS.COM Mar 08 2017 22:38:00     American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
515368265      +E-mail/Text: ACF-EBN@acf-inc.com Mar 08 2017 23:01:34     Atlantic Credit & Finance,
                 PO Box 13386,    Roanoke, VA 24033-3386
515501328       EDI: BL-BECKET.COM Mar 08 2017 22:43:00     Capital One, N.A.,   c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
515368267      +EDI: CHASE.COM Mar 08 2017 22:43:00     Chase/Bank One Card Services,    PO Box 15298,
                 Wilmington, DE 19850-5298
515368268      +E-mail/Text: bankruptcydesk@colonialsavings.com Mar 08 2017 23:02:42     Colonial Savings FA,
                 PO Box 2988,    Fort Worth, TX 76113-2988
515368269       EDI: RCSFNBMARIN.COM Mar 08 2017 22:38:00     Credit One Bank,    PO Box 98872,
                 Las Vegas, NV 89193-8872
515368270      +EDI: CBSKOHLS.COM Mar 08 2017 22:38:00     Kohls Department Store,    PO Box 3115,
                 Milwaukee, WI 53201-3115
515368271      +EDI: MID8.COM Mar 08 2017 22:38:00     Midland Credit Management,    8875 Aero Drive,
                 Suite 200,    San Diego, CA 92123-2255
515368272       E-mail/Text: kmorgan@morganlaw.com Mar 08 2017 23:02:59     Morgan Bornstein and Morgan,
                 1236 Brace Road, Suite K,    Cherry Hill, NJ 08034-3269
515368274       EDI: PRA.COM Mar 08 2017 22:38:00     Portfolio Recovery Assoc,    Riverside Commerce Center,
                 120 Corporate Blvd, Suite 100,    Norfolk, VA 23502-4962
515613661       EDI: PRA.COM Mar 08 2017 22:38:00     Portfolio Recovery Associates, LLC,   c/o Best Buy,
                 POB 41067,    Norfolk VA 23541
515368277      +EDI: RMSC.COM Mar 08 2017 22:43:00     SYNCB/Care Credit,    PO Box 965036,
                 Orlando, FL 32896-5036
515368278       EDI: RMSC.COM Mar 08 2017 22:43:00     SYNCB/HH Gregg,    PO Box 965036,
                 Orlando, FL 32896-5036
515368279      +EDI: RMSC.COM Mar 08 2017 22:43:00     SYNCB/Lowes,    PO Box 965005,    Orlando, FL 32896-5005
515368280       EDI: RMSC.COM Mar 08 2017 22:43:00     SYNCB/Wal-Mart,    PO Box 965024,
                 Orlando, FL 32896-5024
515368275       EDI: SEARS.COM Mar 08 2017 22:43:00     Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
515394407      +E-mail/Text: bncmail@w-legal.com Mar 08 2017 23:02:28     TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515368281      +EDI: WTRRNBANK.COM Mar 08 2017 22:43:00     TD Bank USA/Target Credit,    PO Box 673,
                 Minneapolis, MN 55440-0673
515368283      +EDI: WFFC.COM Mar 08 2017 22:38:00     WFFNB/Furniture Barn,    CSCL DSP TM MAC N8235-04MP,
                 PO Box 14517,    Des Moines, IA 50306-3517
515428044       EDI: WFFC.COM Mar 08 2017 22:38:00     Wells Fargo Bank, N.A.,    P.O. Box 19657,
                 Irvine, CA 92623-9657
515403788       EDI: WFFC.COM Mar 08 2017 22:38:00     Wells Fargo Bank, N.A.,    PO Box 10438,
                 Des Moines, IA 50306-0438
                                                                                              TOTAL: 24
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 08, 2017
                              Form ID: 148             Total Noticed: 32
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 8, 2017 at the address(es) listed below:
              Chad M. Sherwood    on behalf of Debtor Veronica M Wilborn chad@sherwoodlegal.com
              Denise E. Carlon    on behalf of Creditor    Colonial Savings F.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Joshua I. Goldman    on behalf of Creditor    Colonial Savings F.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              R. A. Lebron    on behalf of Creditor    Colonial Savings F.A. bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    COLONIAL SAVINGS, F.A. bankruptcy@feinsuch.com
                                                                                             TOTAL: 7
```